# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00175-CV

### In re Richard Cheroske and David Penny

### ORIGINAL PROCEEDING FROM TOM GREEN COUNTY

### M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Because Relators have an adequate remedy by appeal, the petition for writ of mandamus is denied and the motion for emergency relief is dismissed. *See* Tex. R. App. P. 52.8(a).

Before Justices Puryear, Pemberton and Rose

Filed: March 31, 2011